■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRICELDA E. GONZALEZ-GUEVARA, Appellant. [9 NYS3d 586]—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Suffolk County (Kahn, J.), imposed November 16, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Sheehan*, 106 AD3d 1112, 1113 [2013]; *People v Suitte*, 90 AD2d 80, 86-87 [1982]). Eng, P.J., Rivera, Austin, Cohen and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIUS JEFFREY, Appellant. [8 NYS3d 920]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Arriaga, J.), imposed August 1, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Brown*, 122 AD3d 133 [2014]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Chambers and Hinds-Radix, JJ., concur.